# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3359
LT Case No. 2011-CF-018513-A

_____

CHAD MICHAEL GRANT,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Aaron J. Peacock, Judge.

Chad Michael Grant, Punta Gorda, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Appellee.


May 6, 2025


PER CURIAM.

   AFFIRMED. *See Ashford v. State*, No. 5D2024-0070, 2025 WL 727808 (Fla. 5th DCA Mar. 7, 2025); *Capra v. State*, 50 Fla. L. Weekly D332 (Fla. 5th DCA Feb. 7, 2025).

WALLIS, LAMBERT, and Pratt, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____